**Motion Granted; Order filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00040-CV

—————————

## DZM, INC., Appellant

### V.

## RICHIE GARREN, Appellee

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 541012103**

## O R D E R

The clerk's record in this appeal was filed April 7, 2014. No reporter's record was timely filed. Laura M. Cutherell, the court reporter for this case, informed this court that appellant had not made arrangements for payment for the reporter's record. On February 25, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, on April 10, 2014, this court ordered appellant to file a brief in this appeal on or before May 12, 2014. The reporter's record was filed on April 10, 2014. On April 11, 2014, appellant filed an unopposed motion to set aside our order issued April 10, 2014. We **GRANT** the motion and withdraw our order issued April 10, 2014, and issue the following order in its place:

Appellant's brief is due **May 12, 2014**, subject to any extension of time that may be granted.

PER CURIAM